IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHEILA R. WARFIELD | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SEPTA, et al. | : | NO. 10-3023 |

ORDER

AND NOW, this 19th day of May, 2011, upon consideration of defendants' motion for summary judgment (docket entry # 14), plaintiff's response to the motion for summary judgment (docket entry # 17), and defendants' reply (docket entry # 19), and in accordance with the accompanying Memorandum, it is hereby ORDERED that:

1. Defendants' motion for summary judgment (docket entry # 14) is GRANTED; and

2. The Clerk of Court shall CLOSE this case statistically.

BY THE COURT:

\_\_\s\Stewart Dalzell